HANK RAS, Plaintiff-Appellant, *v*. ROBERT K. HASEGAWA, Director of Labor and Industrial Relations, State of Hawaii, and DILLINGHAM CORPORATION, Defendant-Appellees, and CALVIN C. M. KAM, Defendant.

No. 5135

September 12, 1972

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Hank Ras,* pro se, for the petition.